IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE SLOWE,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE ATTORNEY GENERAL OF** | : | **No. 25-cv-7312** |
| **THE STATE OF PENNSYLVANIA,** | : | |
| **THE DISTRICT ATTORNEY OF** | : | |
| **DELAWARE COUNTY, THE** | : | |
| **COMMISSIONER OF THE** | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **30th** day of **June 2026**, upon consideration of Defendants the Attorney General of the State of Pennsylvania (the "Attorney General") and the Commissioner of the Pennsylvania Department of Corrections's (the "Commissioner") (collectively, the "Moving Defendants") Motion to Dismiss Plaintiff Tyrone Slowe's *pro se* Complaint (ECF No. 16), and the docket, it is hereby **ORDERED** as follows:

1. The Moving Defendants' Motion (ECF No. 16) is **GRANTED**.

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED without prejudice** as to the Moving Defendants.

3. Plaintiff may **FILE** an Amended Complaint within **thirty (30) days** of this Order. After thirty (30) days, if Plaintiff does not file an Amended Complaint, the Court will conclude that Plaintiff intends to stand on his Complaint and will issue a Final Order dismissing the case as brought against the Moving Defendants.

2

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**